UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| No. | 2:21-cv-08761-ODW (MRWx) | Date | March 8, 2022 |
|---|---|---|---|
| Title | *Dejone Cyiark v. Delaware North Companies, Inc. et al* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**            **In Chambers**

Pursuant to the Stipulation to Dismiss (ECF No. 19) and Federal Rule of Civil Procedure 41(a):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED WITHOUT PREJUDICE**;

2. All dates and deadlines in this action are **VACATED** and taken off calendar; and

3. The parties shall bear their own costs and attorneys' fees.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                             :    00

Initials of Preparer    SE